UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DAVE DESHON, | No. 2:13-cv-2048 CKD P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Mr. Deshon has submitted a document to the court which the Clerk of the Court construed as a petition for writ of habeas corpus under 28 U.S.C. § 2254.  Review of the document reveals that is it is a petition for collateral relief intended for the California Court of Appeal, Third Appellate District.  Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court return to Mr. Deshon the document he filed with the court on October 2, 2013 and close this case.

Dated: October 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
desh2048.rt